UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GALINDO OROSCO, JR., | No. 2:15-cv-0902 DAD P |
| Petitioner, | |
| v. | ORDER |
| W. KNIPP, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the in forma pauperis application is largely blank, and lacks petitioner's signature. Petitioner will be provided the opportunity to submit a completed in forma pauperis application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's April 27, 2015 request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice.

2. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Petitioner shall submit, within thirty days of the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

1

of the Court.

    4.  Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  May 15, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10/kly
oros0902.101a

2